UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DAVID SCHIED, PROSECUTOR EX REL, SUI JURIS, PRIVATE PUBLIC PROXY FOR THE PEOPLE, TOTALLY AND PERMANENTLY DISABLED QUAD-AMPUTEE;<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>**KAREN MARTIN**, IN HER PERSONAL CAPACITY AND PUBLIC CAPACITY AS A CORRUPT AND DISCRIMINATING OUT OF-STATE HUD COMPLIANCE OFFICER, ENGAGED IN RICO ACTIVITIES WITH HIGHLAND PROPERTY MANAGEMENT, INC. ("HPMI") AND SUMMIT MANAGEMENT GROUP, INC. ("SMGI"); **ROBYN BEADLES**, IN HER PERSONAL CAPACITY AND PUBLIC CAPACITY AS A CORRUPT (AND DISCRIMINATING) OUT-OF-STATE HIGHLAND PROPERTY MANAGEMENT, INC. ("HPMI") REGIONAL MANAGER ENGAGED IN RICO ACTIVITIES; **ANGELA FOSTER**, IN HER PUBLIC CAPACITY AS AN IN-STATE HIGHLAND PROPERTY MANAGEMENT, INC. ("HPMI") APARTMENT MANAGER IN (POTENTIALLY HOSTILE) WITNESS OF THE CORRUPT (AND DISCRIMINATING) RICO ACTIVITIES; **SCOTT G. LONG**, IN HIS PERSONAL AND PUBLIC CAPACITY AS PRESIDENT OF HIGHLAND PROPERTY MANAGEMENT, INC. ("HPMI"), A CORPORATE FICTION OPERATING BY FRAUD AND MULTI-TIERED AND | 5:25-CV-05101-CCT<br><br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR CLARIFICATION OF SCOPE AND EFFECT OF DISMISSAL ORDER** |

MULTI-JURISDICTIONAL RACKETEERING BY PATTERN IN PRACTICE UNDER HIS LEADERSHIP; **HIGHLAND PROPERTY MANAGEMENT, INC**., ("HPMI") A QUASI-GOVERNMENTAL HUD CONTRACTOR CORRUPTLY AND DISCRIMINATINGLY MISMANAGING THE LOW INCOME HOUSING TAX CREDIT (HUD PROGRAM) BY FRAUD AND MULTI-TIERED AND MULTI-JURISDICTIONAL RACKETEERING BY PATTERN IN PRACTICE; **SUMMIT MANAGEMENT GROUP, INC.**, ("SMGI") A QUASI-GOVERNMENTAL HUD CONTRACTOR CORRUPTLY AND DISCRIMINATINGLY MISMANAGING THE LOW INCOME HOUSING TAX CREDIT (HUD PROGRAM) BY FRAUD AND MULTI-TIERED AND MULTI-JURISDICTIONAL RACKETEERING BY PATTERN IN PRACTICE; **UNKNOWN DOE**, AS 3RD PARTY HUD COMPLIANCE COMPANY HIRED AND PAID BY HPMI AND SMGI; **TY M. DALY**, IN HIS PERSONAL CAPACITY AND CORPORATE CAPACITY AS A LYNN JACKSON ATTORNEY PARTNERED CORRUPTLY AND DISCRIMINATINGLY WITH HPMI AND SMGI IN RICO ACTIVITY AND DOMESTIC TERRORISM; **LYNN, JACKSON, SCHULZ & LEBRUN, P.C.**, ("LJSLPC"), A GOVERNMENT LICENSED PRIVATE CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH HPMI AND SMGI IN RICO ACTIVITY; **JAMES EDWARDS**, IN HIS PERSONAL CAPACITY AND CORPORATE CAPACITY AS A PARTNER CORRUPTLY AND DISCRIMINATINGLY WITH HPMI AND SMGI IN RICO ACTIVITY AND DOMESTIC TERRORISM; **STEVENS, EDWARDS, & HALLOCK, P. C.**, A GOVERNMENT

2

LICENSED PRIVATE CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH HPMI AND SMGI IN RICO ACTIVITY; **LORI HOPPE**, IN HER PERSONAL CAPACITY AND PUBLIC CAPACITY AS A QUASI-GOVERNMENTAL HUD CONTRACTOR AND SECTION-8 HUD HOUSING EXECUTIVE DIRECTOR, CORRUPTLY (AND DISCRIMINATINGLY) OPERATING A SECTION-8 HUD HOUSING (PROGRAM) FOR "MBLCHRC" (BELOW) IN PARTNERSHIP WITH HPMI TO FOSTER RICO ACTIVITY AND FRAUD UPON AMERICAN TAXPAYERS WITHOUT TRANSPARENCY; **BETH PLEGGEMEYER-WHEELER**, IN HER PERSONAL CAPACITY AND PUBLIC CAPACITY AS SECTION-8 HUD HOUSING COORDINATOR CORRUPTLY AND DISCRIMINATINGLY OPERATING A SECTION-8 HUD HOUSING (PROGRAM) FOR "MBLCHRC" (BELOW) IN PARTNERSHIP WITH HPMI TO FOSTER RICO ACTIVITY AND FRAUD UPON AMERICAN TAXPAYERS WITHOUT TRANSPARENCY; **MEADE-BUTTE-LAWRENCE COUNTY HOUSING AND REDEVELOPMENT COMMISSION** ("MBLCHRC"), A QUASI-GOVERNMENTAL HUD CONTRACTOR CORRUPTLY (AND DISCRIMINATINGLY) OPERATING A SECTION-8 HUD HOUSING (PROGRAM) FOR "MBLCHRC" (BELOW) IN PARTNERSHIP WITH HPMI TO FOSTER RICO ACTIVITY AND FRAUD UPON AMERICAN TAXPAYERS WITHOUT TRANSPARENCY; **N. DREW SKJOLDAL**, IN HIS PERSONAL CAPACITY AND CORPORATE CAPACITY AS PARTNER TO NIES, KARRAS, SKJOLDOL, P.C. ("NKSPC"), CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH MBLCHRC HPMI

3

AND SMGI IN RICO ACTIVITY AND DOMESTIC TERRORISM; **NIES, KARRAS, SKJODOL, P.C.**, ("NKSPC") A GOVERNMENT LICENSED PRIVATE CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH MBLCHRC HPMI AND SMGI IN RICO ACTIVITY AND DOMESTIC TERRORISM; **ROGER JACOBS**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS HUD'S S.D. FIELD OFFICE DIRECTOR CORRUPTLY AND DISCRIMINATINGLY OVERSEEING THE RICO ACTIVITY AND DOMESTIC TERRORISM OF MBLCHRC, WHILE ALSO PARTNERED WITH HUD'S "OFHEO" AT THE SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **MATTHEW CERNY**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS HUD'S; **ORLANDO O. LOPEZ**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY (AND DISCRIMINATINGLY) AS A HUD FAIR HOUSING INVESTIGATOR; **(HUD'S) OFFICE OF FAIR HOUSING AND EQUAL OPPORTUNITY**, ("OFHEO"), A GOVERNMENT LICENSED QUASI-GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH MBLCHRC AND ROGER JACOB AT THE SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **HUD OFFICE OF THE INSPECTOR GENERAL** ("OIG"), A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY ENGAGED IN SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **SCOTT TURNER**, IN HIS PUBLIC CAPACITY AS

4

THE U.S. PRESIDENT DONALD TRUMP'S SECRETARY FOR HUD, BEING ENGAGED THROUGH HIS SUBORDINATE FIDUCIARIES AND FUNCTIONARIES IN SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** ("HUD"), A GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH MBLCHRC AND ROGER JACOB AT THE SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **SOUTH DAKOTA HOUSING DEVELOPMENT AUTHORITY**, ("SDHDA"), A GOVERNMENT OR QUASI-GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH THE STATE AND/OR FEDERAL GOVERNMENT(S) AT THE SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **LORRAINE POLLACK**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY AS HUD'S FORMER EXECUTIVE DIRECTOR FOR THE SDHDA (NOW UNDER EMPLOY OF THE USDA); **MURL WOODS**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY AS A CORRUPT AND DISCRIMINATING STAFF ATTORNEY AT DPLS, OPERATING ALSO IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DAKOTA PLAINS LEGAL SERVICES**, ("DPLS"), A GOVERNMENT LICENSED QUASI-GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND

5

ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS UNDER THE OVERSEEING AUTHORITY OF THE "LSC" (BELOW); **EUGENE YUK**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS PROGRAM COUNSELOR FOR THE (LSC'S) OFFICE OF COMPLIANCE AND ENFORCEMENT ("OCE") OPERATING CORRUPTLY AND DISCRIMINATINGLY IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS UNDER THE OVERSEEING AUTHORITY OF THE "LSC" (BELOW); **("LSC'S") OFFICE OF COMPLIANCE AND ENFORCEMENT** ("OCE"), A GOVERNMENT LICENSED QUASI-GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS UNDER THE OVERSEEING AUTHORITY OF THE "LSC" (BELOW); **LEGAL SERVICES CORPORATION**, ("LSC"), A GOVERNMENT LICENSED GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **ROXANNE CARUSO**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS ("LSC'S") ASSISTANT INSPECTOR GENERAL FOR AUDIT; **CAROL BERGMAN**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS ("LSC'S") VICE PRESIDENT FOR GOVERNMENT RELATIONS AND PUBLIC AFFAIRS; **UNITED STATES OF AMERICA**, A GOVERNMENT CORPORATION

6

CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE AGAINST THE SPIRIT AS WELL AS THE LETTER OF THE LAWS INSTITUTED BY THE THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DONALD TRUMP**, IN HIS PUBLIC CAPACITY OF FORMER AND CURRENT U.S. PRESIDENT OVERSEEING THE EXECUTIVE BRANCH STILL FROTH WITH MULTIPLE TIERS OF FRAUD, WASTE, AND ABUSE OF TAXPAYER FUNDING FOR THE VARIED DEPARTMENTS, BUREAUS, DIVISIONS, SECTIONS, UNITS, OFFICES, AGENCIES, ETC OTHERWISE UNDER FIDUCIARY TRUSTS IN CONTRACTED SERVICE TO THE SOVEREIGN AMERICAN PEOPLE; **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES** "DHHS", A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **ROBERT F. KENNEDY**, IN HIS PUBLIC CAPACITY AS U.S. PRESIDENT'S SECRETARY FOR THE DHHS OF THE TRUMP ADMINISTRATION; **CENTERS FOR MEDICARE AND MEDICAID SERVICES**, A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DR. MEHMET OZ**, IN HIS PUBLIC CAPACITY AS CMS ADMINISTRATOR FOR THE DHHS OF TRUMP ADMINISTRATION; **SOCIAL SECURITY ADMINISTRATION**, ("SSA"), A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS

7

AND THE AMERICAN TAXPAYERS; **FRANK BISIGNANO**, IN HIS PUBLIC CAPACITY AS SSA COMMISSIONER AND CEO OF THE IRS FOR THE TRUMP ADMINISTRATION; **MARTIN O'MALLEY**, IN HIS PRIVATE CAPACITY AND HIS PUBLIC CAPACITY AS THE FORMER SSA COMMISSIONER; **U.S. DEPARTMENT OF TREASURY**, A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **SCOTT BESSENT**, IN HIS PUBLIC CAPACITY AS SECRETARY TO THE U.S. PRESIDENT FOR THE U.S. DEPARTMENT OF TREASURY AND THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE; **INTERNAL REVENUE SERVICE**, A BUREAU WITHIN THE U.S. DEPARTMENT OF TREASURY RESPONSIBLE FOR VERIFYING ELIGIBILITY FOR TAXATION WAIVERS BASED UPON FACTS; **U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY**, ("DOGE"), A GOVERNMENT CORPORATION DISCRIMINATINGLY OPERATING TO DISREGARD CERTAIN REPORTS OF FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **GOVERNMENT ACCOUNTABILITY OFFICE**, ("GAO"). A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **U.S. DEPARTMENT OF JUSTICE**, A WEAPONIZED GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN

FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **PAM BONDI**, IN HER PUBLIC CAPACITY AS U.S. ATTORNEY GENERAL DISCRIMINATINGLY OPERATING TO DISREGARD CIVIL RIGHTS DISCRIMINATION COMPLAINTS, AS WELL AS CERTAIN COMPLAINTS ABOUT FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **FEDERAL BUREAU OF INVESTIGATION**, A WEAPONIZED GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **KASH PATEL**, IN HIS PUBLIC CAPACITY AS FBI DIRECTOR DISCRIMINATINGLY OPERATING TO DISREGARD CIVIL RIGHTS DISCRIMINATION COMPLAINTS, AS WELL AS CERTAIN COMPLAINTS ABOUT FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **MERRICK GARLAND**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS U.S. ATTORNEY GENERAL; **ALISON RAMSDELL**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS U.S. ATTORNEY FOR THE DISTRICT OF SOUTH DAKOTA; **BEN PATTERSON**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS ASSISTANT U.S. ATTORNEY FOR THE DISTRICT OF SOUTH DAKOTA; **ROBERTO LANGE**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY

9

OPERATING CORRUPTLY AND DISCRIMINATINGLY AS CHIEF JUDGE FOR THE USDC-SD; **LAWRENCE PIERSOL**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS FEDERAL JUDGE WITH INACTIVE SENIOR STATUS AS FORMER PRESIDENT AND BOARD OF DIRECTORS MEMBER OF THE FEDERAL JUDGES ASSOCIATION, A MEMBER OF THE UN'S INTERNATIONAL ASSOCIATION OF JUDGES OPERATING UNDER FOREIGN POWER AND OPERATING UNDER A FOREIGN CONSTITUTION; **U.S. DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA**, ("USDC-SD"), A GOVERNMENT CORPORATION OPERATING CORRUPTLY AND DISCRIMINATINGLY; **STATE OF SOUTH DAKOTA**, (A.K.A. "THE STATE" AND/OR THE "STATE") A WEAPONIZED GOVERNMENT CORPORATION OPERATING OPERATING CORRUPTLY AND DISCRIMINATINGLY IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DEPARTMENT OF SOCIAL SERVICES**, ("DSS") A WEAPONIZED GOVERNMENT CORPORATION OPERATING CORRUPTLY AND DISCRIMINATINGLY IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DEPARTMENT OF HUMAN SERVICES**, ("DHS") A WEAPONIZED GOVERNMENT CORPORATION OPERATING OPERATING CORRUPTLY AND DISCRIMINATINGLY IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **KRISTI NOEM**, IN HER

10

PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AS FORMER SOUTH DAKOTA GOVERNOR OVERSEEING FEDERAL FUNDS DISBURSEMENTS AND PROGRAM OPERATIONS OF STATE MEDICAID PROGRAMS OPERATING CORRUPTLY (AND DISCRIMINATINGLY) IN FRAUD, WASTE, AND ABUSE OF TAXPAYER FUNDS; **MARTY JACKLEY**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS SOUTH DAKOTA ATTORNEY GENERAL ("AG"); OPERATING CORRUPTLY (AND DISCRIMINATINGLY) IN FRAUD, WASTE, AND ABUSE OF TAXPAYER FUNDS OTHERWISE DEDICATES TOWARD INVESTIGATING AND PROSECUTING REPORTS OF MEDICAID FRAUS, STATUTORY WHISTLEBLOWER CRIMES, AND CONSTITUTIONAL VIOLATIONS REFUSING TO PROTECT CRIME VICTIMS; RIGHTS; **STEVEN JENSEN**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS CHIEF JUSTICE OF THE UNIFIED JUDICIAL SYSTEM OF SOUTH DAKOTA REFUSING TO PROTECT CRIME VICTIMS' RIGHTS; **SHIRLEY JAMESON-FERGEL**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS CLERK OF THE COURT FOR THE SOUTH DAKOTA SUPREME COURT AND STEVEN JENSEN; **ERIC STRAWN**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS 4TH CIRCUIT COURT JUDGE; **CAROL LATUSECK**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND

11

CORRUPTLY AS MAGISTRATE/CLERK AT THE 4TH CIRCUIT COURT; **ERIC MONSON**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS ONE OF TWO STATE BAR MEMBER IMPOSTORS DISCRIMINATINGLY AND CORRUPTLY CLAIMING THE SAME TITLE AS CHIEF HEARING EXAMINER FOR THE STATE OF SOUTH DAKOTA; **WADE REIMERS**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS DSS COUNSEL AND ASSISTANT AG FOR THE STATE OF SOUTH DAKOTA, ALSO IN MEMBERSHIP TO THE SD STATE BAR; **CATHERINE WILLIAMSON**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY AS ONE OF TWO STATE BAR MEMBER IMPOSTORS DISCRIMINATINGLY AND CORRUPTLY CLAIMING THE SAME TITLE AS CHIEF HEARING EXAMINER FOR THE STATE OF SOUTH DAKOTA; **SHAWNIE RECHTENBAUGH**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS S.D. GOVERNOR'S SECRETARY TO THE DEPARTMENT OF HUMAN SERVICES (DHS); **LAURI GILL**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS FORMER S.D. GOVERNOR'S SECRETARY TO THE DEPARTMENT OF SOCIAL SERVICES (DSS); **MATTHEW ALTHOFF**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS S.D. GOVERNOR'S SECRETARY TO THE DEPARTMENT OF SOCIAL SERVICES (DSS); **JEREMY LIPPERT**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY

12

AS DSS LEAD COUNSEL, ASSISTANT AG AND DIVISION DIRECTOR FOR DISCRIMINATION OFFICER FOR THE STATE OF SOUTH DAKOTA, , ALSO IN MEMBERSHIP TO THE SD STATE BAR; **JENNA HOWELL**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS DHS LEAD COUNSEL AND ASSISTANT AG AND DIVISION DIRECTOR FOR DISCRIMINATION OFFICER FOR THE STATE OF SOUTH DAKOTA, ALSO IN MEMBERSHIP TO THE SD STATE BAR; **CITY OF SPEARFISH**, (POLICE DEPARTMENT, MAYOR JOHN SENDEN, AND CITY COUNCIL MEMBERS (JAMIE HAFNER, DEAN MYERS, LARRY KLARENBEEK, SCOTT HOURIGAN, ANA RATH, PAM JACOBS) OPERATING DISCRIMINATINGLY AND CORRUPTLY REFUSING TO PROTECT CRIME VICTIMS' RIGHTS; **SAMANTHA ROSENAU**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AS POLICE LIEUTENANT FOR THE CITY OF SPEARFISH, (S.D.) REFUSING TO PROTECT CRIME VICTIMS' RIGHTS; **DAVID KNOX**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS CITY ATTORNEY FOR THE CITY OF SPEARFISH, (S.D.) REFUSING TO PROTECT CRIME VICTIMS' RIGHTS; **LAWRENCE COUNTY SHERIFF DEPARTMENT**, IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY TO DENY CRIME VICTIMS' PROTECTIONS, REFUSING TO INVESTIGATE PUBLIC CORRUPTION, AND REFUSAL TO ALLOW ACCESS TO COUNTY GRAND JURY; **BRENDA HARVEY**, IN HER PRIVATE CAPACITY AND PUBLIC

13

CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS THE STATE'S ATTORNEY FOR LAWRENCE COUNTY, S.D REFUSING TO PROTECT CRIME VICTIMS' RIGHTS AND PRESENTMENT OF PUBLIC CORRUPTION TO COUNTY GRAND JURY; **AMERICAN FAMILY INSURANCE**, IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN SELLING BOGUS HOMEOWNER'S INSURANCE POLICIES; **JASON GELLETT AGENCY, LLC**, IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN SELLING BOGUS HOMEOWNER'S INSURANCE POLICIES; **JASON GELLETT**, IN HIS PRIVATE CAPACITY OPERATING CORRUPTLY IN SELLING BOGUS HOMEOWNER'S INSURANCE POLICIES; **MONUMENT HEALTH NETWORK, INC.**, ("MHNI"), IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN VIOLATING DISABILITY RIGHTS, MANDATORY REPORTING AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **MARCIA OLSON, FINANCIAL DIRECTOR FOR MHNI**, IN HER PRIVATE AND PUBLIC CAPACITY, CORRUPTLY VIOLATING CONSUMER PROTECTION, MANDATORY REPORTING, AND OTHER LAWS WHILE DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **PIVOT PROSTHETICS AND ORTHOTICS**, ("PPAO"), IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN VIOLATING CONSUMER PROTECTION, MANDATORY REPORTING, AND OTHER LAWS WHILE DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **ROCHELLE RICE**, CO-OWNER

14

AND OFFICE MANAGER OF PPAO IN HER PRIVATE AND PUBLIC CAPACITY, CORRUPTLY VIOLATING CONSUMER PROTECTION, MANDATORY REPORTING, AND OTHER LAWS WHILE DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **BRODIE RICE**, OWNER AND CERTIFIED PROSTHETIST OF PPAO IN HIS PRIVATE AND PUBLIC CAPACITY, CORRUPTLY VIOLATING CONSUMER PROTECTION MANDATORY REPORTING, AND OTHER LAWS WHILE DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **AMERICAN BOARD OF CERTIFICATION**, ("ABC"), IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN VIOLATING DISABILITY RIGHTS AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **MOLLY MCGUIRE**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY AS PROFESSIONAL CREDENTIALING ADMINISTRATOR FOR THE ABC VIOLATING DISABILITY RIGHTS AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **STEVE FLETCHER**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS CPO AND DIRECTOR OF PROFESSIONAL CREDENTIALING FOR THE ABC VIOLATING DISABILITY RIGHTS AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **SUZANNE PIERCE**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY GENERAL COUNSEL FOR THE CORRUPT ABC VIOLATING DISABILITY RIGHTS AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **DISABILITY RIGHTS SOUTH**

15

|  |  |
|---|---|
| **DAKOTA**, IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN ACCEPTING STATE AND/OR FEDERAL FINDING TO PROTECT REPORTED DISABLED CRIME VICTIMS AND ADVOCATE DISABILITY RIGHTS, WHILE EMPLOYING DISCRIMINATORY DEI AND CANCEL CULTURE PRACTICES AGAINST ANGLO-AMERICAN MALE CRIME VICTIMS; AND **DOES 1-75**, TO BE LISTED AS NUMEROUS ASSISTANTS TO THE S.D. ATTORNEY GENERAL, MEMBERS OF THE THE STATE BAR OF SOUTH DAKOTA, AND S.D. GOVERNMENT AND FEDERAL GOVERNMENT AND QUASI-GOVERNMENT PRINCIPALS AND AGENTS AND FIDUCIARIES AND FUNCTIONARIES, IN THEIR PRIVATE AND PUBLIC CAPACITIES;<br><br>Defendants. |  |

Plaintiff, David Schied, commenced this pro se action by filing a "Complaint Brief . . . for Declaratory, Injunctive, Structural, and Commercial Relief; for Damages; and For Emergency Interim Relief." Docket 1 at 1 (capitalization and emphasis in original). This Court granted Schied's motion for leave to proceed in forma pauperis and dismissed his "Complaint Brief" without prejudice for failure to comply with Federal Rule of Civil Procedure 8. Docket 22. But the Court also ordered that Schied, if he so chooses, may file an amended complaint within 30 days that complies with the pleading requirements of the Federal Rules of Civil Procedure. *Id.* at 29–30. On April 1, 2026, which was the deadline for Schied to file an amended complaint, Schied

16

filed a "Motion for Clarification of Scope and Effect of Dismissal Order." Docket 31.[1]

Schied contends that he "does not seek reconsideration of the dismissal," but instead seeks "solely to determine what, if any form of refiling is permitted under the Court's order and what conditions, limitations, or structural requirements—if any—govern such refiling." *Id.* at 2. The Court's dismissal order, Docket 22, clearly and specifically addresses every issue on which Schied seeks clarification. *Compare* Docket 31 at 5–6 *with* Docket 22 at 29–30. It appears to the Court that Schied may in fact be seeking reconsideration of the Court's order dismissing his "Complaint Brief." The Court is unwilling to reconsider its previous order.

Schied also appears to be seeking legal advice from the Court directing him how to present his allegations and claims in a format that complies with the Federal Rules of Civil Procedure. "[F]ederal district judges have no obligation to act as counsel or paralegal to *pro se* litigants." *Pliler v. Ford*, 542 U.S. 225, 226 (2004). Schied may also be seeking an advisory opinion regarding whether an amended complaint that does not fully comply with the Federal Rules of Civil Procedure and the Court's previous order will be permitted. This Court cannot issue an advisory opinion. *See Pub. Water Supply Dist. No. 8 of Clay Cnty. v. City of Kearney*, 401 F.3d 930, 932 (8th Cir. 2005)

---

[1] Following entry of the order dismissing his "Complaint Brief" without prejudice, Schied filed a notice of appeal to the United States Court of Appeals for the Eighth Circuit. Docket 25. The Eighth Circuit dismissed Schied's appeal for lack of jurisdiction as premature on March 26, 2026. Docket 28.

17

(stating that Article III prohibits courts from issuing advisory opinions, including an opinion advising what the law would be upon a hypothetical state of facts). For these reasons, Schied's motion for clarification of scope and effect of dismissal order, Docket 31, is denied.

Thus, it is ORDERED:

1.  That Schied's motion for clarification of scope and effect of dismissal order, Docket 31, is denied.

2.  That Schied's time to file an amended complaint, if he chooses, is extended until **April 24, 2026**. Schied, if he chooses, may file an amended complaint, on or before **April 24, 2026**, that complies with the pleading requirements of the Federal Rules of Civil Procedure. Specifically, the amended complaint must:

    a.  be a single pleading, Fed. R. Civ. P. 7(a), and a stand-alone document that does not reference any appendices, attachments, documents, exhibits, or online materials;

    b.  contain a "short and plain statement of the claim showing that the pleader is entitled to relief[,]" Fed. R. Civ. P. 8(a)(2);

    c.  contain allegations which are "simple, concise, and direct[,]" Fed. R. Civ. P. 8(d)(1);

    d.  contain factual allegations as to how each of the named defendants furthered the alleged wrongful conduct;

    e.  not contain allegations that are redundant, immaterial, impertinent, or scandalous, Fed. R. Civ. P. 12(f);

18

      f.      allege only claims that Schied has standing to bring and must not assert claims on behalf of others; and

      g.      be no longer than forty (40) pages in length.

3.      That failure to file an amended complaint, on or before **April 24, 2026**, that complies with the Federal Rules of Civil Procedure will result in the dismissal of this action without prejudice.

Dated April 3, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE

19