UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

DAVID SCHIED, PROSECUTOR EX REL, SUI JURIS, PRIVATE PUBLIC PROXY FOR THE PEOPLE, TOTALLY AND PERMANENTLY DISABLED QUAD-AMPUTEE;

Plaintiff

vs.

**KAREN MARTIN**, IN HER PERSONAL CAPACITY AND PUBLIC CAPACITY AS A CORRUPT AND DISCRIMINATING OUT OF-STATE HUD COMPLIANCE OFFICER, ENGAGED IN RICO ACTIVITIES WITH HIGHLAND PROPERTY MANAGEMENT, INC. ("HPMI") AND SUMMIT MANAGEMENT GROUP, INC. ("SMGI"); **ROBYN BEADLES**, IN HER PERSONAL CAPACITY AND PUBLIC CAPACITY AS A CORRUPT (AND DISCRIMINATING) OUT-OF-STATE HIGHLAND PROPERTY MANAGEMENT, INC. ("HPMI") REGIONAL MANAGER ENGAGED IN RICO ACTIVITIES; **ANGELA FOSTER**, IN HER PUBLIC CAPACITY AS AN IN-STATE HIGHLAND PROPERTY MANAGEMENT, INC. ("HPMI") APARTMENT MANAGER IN (POTENTIALLY HOSTILE) WITNESS OF THE CORRUPT (AND DISCRIMINATING) RICO ACTIVITIES; **SCOTT G. LONG**, IN HIS PERSONAL AND PUBLIC CAPACITY AS PRESIDENT OF HIGHLAND PROPERTY MANAGEMENT, INC. ("HPMI"), A CORPORATE FICTION OPERATING BY FRAUD AND MULTI-TIERED AND

5:25-CV-05101-CCT

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION (DOCKET 36)**

MULTI-JURISDICTIONAL RACKETEERING BY PATTERN IN PRACTICE UNDER HIS LEADERSHIP; **HIGHLAND PROPERTY MANAGEMENT, INC**., ("HPMI") A QUASI-GOVERNMENTAL HUD CONTRACTOR CORRUPTLY AND DISCRIMINATINGLY MISMANAGING THE LOW INCOME HOUSING TAX CREDIT (HUD PROGRAM) BY FRAUD AND MULTI-TIERED AND MULTI-JURISDICTIONAL RACKETEERING BY PATTERN IN PRACTICE; **SUMMIT MANAGEMENT GROUP, INC.**, ("SMGI") A QUASI-GOVERNMENTAL HUD CONTRACTOR CORRUPTLY AND DISCRIMINATINGLY MISMANAGING THE LOW INCOME HOUSING TAX CREDIT (HUD PROGRAM) BY FRAUD AND MULTI-TIERED AND MULTI-JURISDICTIONAL RACKETEERING BY PATTERN IN PRACTICE; **UNKNOWN DOE**, AS 3RD PARTY HUD COMPLIANCE COMPANY HIRED AND PAID BY HPMI AND SMGI; **TY M. DALY**, IN HIS PERSONAL CAPACITY AND CORPORATE CAPACITY AS A LYNN JACKSON ATTORNEY PARTNERED CORRUPTLY AND DISCRIMINATINGLY WITH HPMI AND SMGI IN RICO ACTIVITY AND DOMESTIC TERRORISM; **LYNN, JACKSON, SCHULZ & LEBRUN, P.C.**, ("LJSLPC"), A GOVERNMENT LICENSED PRIVATE CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH HPMI AND SMGI IN RICO ACTIVITY; **JAMES EDWARDS**, IN HIS PERSONAL CAPACITY AND CORPORATE CAPACITY AS A PARTNER CORRUPTLY AND DISCRIMINATINGLY WITH HPMI AND SMGI IN RICO ACTIVITY AND DOMESTIC TERRORISM; **STEVENS, EDWARDS, & HALLOCK, P. C.**, A GOVERNMENT

2

LICENSED PRIVATE CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH HPMI AND SMGI IN RICO ACTIVITY; **LORI HOPPE**, IN HER PERSONAL CAPACITY AND PUBLIC CAPACITY AS A QUASI-GOVERNMENTAL HUD CONTRACTOR AND SECTION-8 HUD HOUSING EXECUTIVE DIRECTOR, CORRUPTLY (AND DISCRIMINATINGLY) OPERATING A SECTION-8 HUD HOUSING (PROGRAM) FOR "MBLCHRC" (BELOW) IN PARTNERSHIP WITH HPMI TO FOSTER RICO ACTIVITY AND FRAUD UPON AMERICAN TAXPAYERS WITHOUT TRANSPARENCY; **BETH PLEGGEMEYER-WHEELER**, IN HER PERSONAL CAPACITY AND PUBLIC CAPACITY AS SECTION-8 HUD HOUSING COORDINATOR CORRUPTLY AND DISCRIMINATINGLY OPERATING A SECTION-8 HUD HOUSING (PROGRAM) FOR "MBLCHRC" (BELOW) IN PARTNERSHIP WITH HPMI TO FOSTER RICO ACTIVITY AND FRAUD UPON AMERICAN TAXPAYERS WITHOUT TRANSPARENCY; **MEADE-BUTTE-LAWRENCE COUNTY HOUSING AND REDEVELOPMENT COMMISSION** ("MBLCHRC"), A QUASI-GOVERNMENTAL HUD CONTRACTOR CORRUPTLY (AND DISCRIMINATINGLY) OPERATING A SECTION-8 HUD HOUSING (PROGRAM) FOR "MBLCHRC" (BELOW) IN PARTNERSHIP WITH HPMI TO FOSTER RICO ACTIVITY AND FRAUD UPON AMERICAN TAXPAYERS WITHOUT TRANSPARENCY; **N. DREW SKJOLDAL**, IN HIS PERSONAL CAPACITY AND CORPORATE CAPACITY AS PARTNER TO NIES, KARRAS, SKJOLDOL, P.C. ("NKSPC"), CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH MBLCHRC HPMI

3

AND SMGI IN RICO ACTIVITY AND DOMESTIC TERRORISM; **NIES, KARRAS, SKJODOL, P.C.**, ("NKSPC") A GOVERNMENT LICENSED PRIVATE CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH MBLCHRC HPMI AND SMGI IN RICO ACTIVITY AND DOMESTIC TERRORISM; **ROGER JACOBS**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS HUD'S S.D. FIELD OFFICE DIRECTOR CORRUPTLY AND DISCRIMINATINGLY OVERSEEING THE RICO ACTIVITY AND DOMESTIC TERRORISM OF MBLCHRC, WHILE ALSO PARTNERED WITH HUD'S "OFHEO" AT THE SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **MATTHEW CERNY**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS HUD'S; **ORLANDO O. LOPEZ**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY (AND DISCRIMINATINGLY) AS A HUD FAIR HOUSING INVESTIGATOR; **(HUD'S) OFFICE OF FAIR HOUSING AND EQUAL OPPORTUNITY**, ("OFHEO"), A GOVERNMENT LICENSED QUASI-GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH MBLCHRC AND ROGER JACOB AT THE SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **HUD OFFICE OF THE INSPECTOR GENERAL** ("OIG"), A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY ENGAGED IN SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **SCOTT TURNER**, IN HIS PUBLIC CAPACITY AS

4

THE U.S. PRESIDENT DONALD TRUMP'S SECRETARY FOR HUD, BEING ENGAGED THROUGH HIS SUBORDINATE FIDUCIARIES AND FUNCTIONARIES IN SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** ("HUD"), A GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH MBLCHRC AND ROGER JACOB AT THE SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **SOUTH DAKOTA HOUSING DEVELOPMENT AUTHORITY**, ("SDHDA"), A GOVERNMENT OR QUASI-GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY PARTNERED WITH THE STATE AND/OR FEDERAL GOVERNMENT(S) AT THE SECONDARY LEVEL OF RICO COVER-UPS OF FRAUD, WASTE AND ABUSE UPON AMERICAN TAXPAYERS; **LORRAINE POLLACK**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY AS HUD'S FORMER EXECUTIVE DIRECTOR FOR THE SDHDA (NOW UNDER EMPLOY OF THE USDA); **MURL WOODS**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY AS A CORRUPT AND DISCRIMINATING STAFF ATTORNEY AT DPLS, OPERATING ALSO IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DAKOTA PLAINS LEGAL SERVICES**, ("DPLS"), A GOVERNMENT LICENSED QUASI-GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND

ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS UNDER THE OVERSEEING AUTHORITY OF THE "LSC" (BELOW); **EUGENE YUK**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS PROGRAM COUNSELOR FOR THE (LSC'S) OFFICE OF COMPLIANCE AND ENFORCEMENT ("OCE") OPERATING CORRUPTLY AND DISCRIMINATINGLY IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS UNDER THE OVERSEEING AUTHORITY OF THE "LSC" (BELOW); **("LSC'S") OFFICE OF COMPLIANCE AND ENFORCEMENT** ("OCE"), A GOVERNMENT LICENSED QUASI-GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS UNDER THE OVERSEEING AUTHORITY OF THE "LSC" (BELOW); **LEGAL SERVICES CORPORATION**, ("LSC"), A GOVERNMENT LICENSED GOVERNMENTAL CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **ROXANNE CARUSO**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS ("LSC'S") ASSISTANT INSPECTOR GENERAL FOR AUDIT; **CAROL BERGMAN**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS ("LSC'S") VICE PRESIDENT FOR GOVERNMENT RELATIONS AND PUBLIC AFFAIRS; **UNITED STATES OF AMERICA**, A GOVERNMENT CORPORATION

6

CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE AGAINST THE SPIRIT AS WELL AS THE LETTER OF THE LAWS INSTITUTED BY THE THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DONALD TRUMP**, IN HIS PUBLIC CAPACITY OF FORMER AND CURRENT U.S. PRESIDENT OVERSEEING THE EXECUTIVE BRANCH STILL FROTH WITH MULTIPLE TIERS OF FRAUD, WASTE, AND ABUSE OF TAXPAYER FUNDING FOR THE VARIED DEPARTMENTS, BUREAUS, DIVISIONS, SECTIONS, UNITS, OFFICES, AGENCIES, ETC OTHERWISE UNDER FIDUCIARY TRUSTS IN CONTRACTED SERVICE TO THE SOVEREIGN AMERICAN PEOPLE; **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES** "DHHS", A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **ROBERT F. KENNEDY**, IN HIS PUBLIC CAPACITY AS U.S. PRESIDENT'S SECRETARY FOR THE DHHS OF THE TRUMP ADMINISTRATION; **CENTERS FOR MEDICARE AND MEDICAID SERVICES**, A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DR. MEHMET OZ**, IN HIS PUBLIC CAPACITY AS CMS ADMINISTRATOR FOR THE DHHS OF TRUMP ADMINISTRATION; **SOCIAL SECURITY ADMINISTRATION**, ("SSA"), A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS

7

AND THE AMERICAN TAXPAYERS; **FRANK BISIGNANO**, IN HIS PUBLIC CAPACITY AS SSA COMMISSIONER AND CEO OF THE IRS FOR THE TRUMP ADMINISTRATION; **MARTIN O'MALLEY**, IN HIS PRIVATE CAPACITY AND HIS PUBLIC CAPACITY AS THE FORMER SSA COMMISSIONER; **U.S. DEPARTMENT OF TREASURY**, A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **SCOTT BESSENT**, IN HIS PUBLIC CAPACITY AS SECRETARY TO THE U.S. PRESIDENT FOR THE U.S. DEPARTMENT OF TREASURY AND THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE; **INTERNAL REVENUE SERVICE**, A BUREAU WITHIN THE U.S. DEPARTMENT OF TREASURY RESPONSIBLE FOR VERIFYING ELIGIBILITY FOR TAXATION WAIVERS BASED UPON FACTS; **U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY**, ("DOGE"), A GOVERNMENT CORPORATION DISCRIMINATINGLY OPERATING TO DISREGARD CERTAIN REPORTS OF FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **GOVERNMENT ACCOUNTABILITY OFFICE**, ("GAO"). A GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **U.S. DEPARTMENT OF JUSTICE**, A WEAPONIZED GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN

8

FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **PAM BONDI**, IN HER PUBLIC CAPACITY AS U.S. ATTORNEY GENERAL DISCRIMINATINGLY OPERATING TO DISREGARD CIVIL RIGHTS DISCRIMINATION COMPLAINTS, AS WELL AS CERTAIN COMPLAINTS ABOUT FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **FEDERAL BUREAU OF INVESTIGATION**, A WEAPONIZED GOVERNMENT CORPORATION CORRUPTLY AND DISCRIMINATINGLY OPERATING IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **KASH PATEL**, IN HIS PUBLIC CAPACITY AS FBI DIRECTOR DISCRIMINATINGLY OPERATING TO DISREGARD CIVIL RIGHTS DISCRIMINATION COMPLAINTS, AS WELL AS CERTAIN COMPLAINTS ABOUT FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **MERRICK GARLAND**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS U.S. ATTORNEY GENERAL; **ALISON RAMSDELL**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS U.S. ATTORNEY FOR THE DISTRICT OF SOUTH DAKOTA; **BEN PATTERSON**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS ASSISTANT U.S. ATTORNEY FOR THE DISTRICT OF SOUTH DAKOTA; **ROBERTO LANGE**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY

9

OPERATING CORRUPTLY AND DISCRIMINATINGLY AS CHIEF JUDGE FOR THE USDC-SD; **LAWRENCE PIERSOL**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AND DISCRIMINATINGLY AS FEDERAL JUDGE WITH INACTIVE SENIOR STATUS AS FORMER PRESIDENT AND BOARD OF DIRECTORS MEMBER OF THE FEDERAL JUDGES ASSOCIATION, A MEMBER OF THE UN'S INTERNATIONAL ASSOCIATION OF JUDGES OPERATING UNDER FOREIGN POWER AND OPERATING UNDER A FOREIGN CONSTITUTION; **U.S. DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA**, ("USDC-SD"), A GOVERNMENT CORPORATION OPERATING CORRUPTLY AND DISCRIMINATINGLY; **STATE OF SOUTH DAKOTA**, (A.K.A. "THE STATE" AND/OR THE "STATE") A WEAPONIZED GOVERNMENT CORPORATION OPERATING OPERATING CORRUPTLY AND DISCRIMINATINGLY IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DEPARTMENT OF SOCIAL SERVICES**, ("DSS") A WEAPONIZED GOVERNMENT CORPORATION OPERATING CORRUPTLY AND DISCRIMINATINGLY IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **DEPARTMENT OF HUMAN SERVICES**, ("DHS") A WEAPONIZED GOVERNMENT CORPORATION OPERATING OPERATING CORRUPTLY AND DISCRIMINATINGLY IN FRAUD, WASTE AND ABUSE UPON THE U.S. CONGRESS AND THE AMERICAN TAXPAYERS; **KRISTI NOEM**, IN HER

10

PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AS FORMER SOUTH DAKOTA GOVERNOR OVERSEEING FEDERAL FUNDS DISBURSEMENTS AND PROGRAM OPERATIONS OF STATE MEDICAID PROGRAMS OPERATING CORRUPTLY (AND DISCRIMINATINGLY) IN FRAUD, WASTE, AND ABUSE OF TAXPAYER FUNDS; **MARTY JACKLEY**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS SOUTH DAKOTA ATTORNEY GENERAL ("AG"); OPERATING CORRUPTLY (AND DISCRIMINATINGLY) IN FRAUD, WASTE, AND ABUSE OF TAXPAYER FUNDS OTHERWISE DEDICATES TOWARD INVESTIGATING AND PROSECUTING REPORTS OF MEDICAID FRAUS, STATUTORY WHISTLEBLOWER CRIMES, AND CONSTITUTIONAL VIOLATIONS REFUSING TO PROTECT CRIME VICTIMS; RIGHTS; **STEVEN JENSEN**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS CHIEF JUSTICE OF THE UNIFIED JUDICIAL SYSTEM OF SOUTH DAKOTA REFUSING TO PROTECT CRIME VICTIMS' RIGHTS; **SHIRLEY JAMESON-FERGEL**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS CLERK OF THE COURT FOR THE SOUTH DAKOTA SUPREME COURT AND STEVEN JENSEN; **ERIC STRAWN**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS 4TH CIRCUIT COURT JUDGE; **CAROL LATUSECK**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND

11

CORRUPTLY AS MAGISTRATE/CLERK AT THE 4TH CIRCUIT COURT; **ERIC MONSON**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS ONE OF TWO STATE BAR MEMBER IMPOSTORS DISCRIMINATINGLY AND CORRUPTLY CLAIMING THE SAME TITLE AS CHIEF HEARING EXAMINER FOR THE STATE OF SOUTH DAKOTA; **WADE REIMERS**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS DSS COUNSEL AND ASSISTANT AG FOR THE STATE OF SOUTH DAKOTA, ALSO IN MEMBERSHIP TO THE SD STATE BAR; **CATHERINE WILLIAMSON**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY AS ONE OF TWO STATE BAR MEMBER IMPOSTORS DISCRIMINATINGLY AND CORRUPTLY CLAIMING THE SAME TITLE AS CHIEF HEARING EXAMINER FOR THE STATE OF SOUTH DAKOTA; **SHAWNIE RECHTENBAUGH**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS S.D. GOVERNOR'S SECRETARY TO THE DEPARTMENT OF HUMAN SERVICES (DHS); **LAURI GILL**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS FORMER S.D. GOVERNOR'S SECRETARY TO THE DEPARTMENT OF SOCIAL SERVICES (DSS); **MATTHEW ALTHOFF**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS S.D. GOVERNOR'S SECRETARY TO THE DEPARTMENT OF SOCIAL SERVICES (DSS); **JEREMY LIPPERT**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY

12

AS DSS LEAD COUNSEL, ASSISTANT AG AND DIVISION DIRECTOR FOR DISCRIMINATION OFFICER FOR THE STATE OF SOUTH DAKOTA, , ALSO IN MEMBERSHIP TO THE SD STATE BAR; **JENNA HOWELL**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS DHS LEAD COUNSEL AND ASSISTANT AG AND DIVISION DIRECTOR FOR DISCRIMINATION OFFICER FOR THE STATE OF SOUTH DAKOTA, ALSO IN MEMBERSHIP TO THE SD STATE BAR; **CITY OF SPEARFISH**, (POLICE DEPARTMENT, MAYOR JOHN SENDEN, AND CITY COUNCIL MEMBERS (JAMIE HAFNER, DEAN MYERS, LARRY KLARENBEEK, SCOTT HOURIGAN, ANA RATH, PAM JACOBS) OPERATING DISCRIMINATINGLY AND CORRUPTLY REFUSING TO PROTECT CRIME VICTIMS' RIGHTS; **SAMANTHA ROSENAU**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING CORRUPTLY AS POLICE LIEUTENANT FOR THE CITY OF SPEARFISH, (S.D.) REFUSING TO PROTECT CRIME VICTIMS' RIGHTS; **DAVID KNOX**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS CITY ATTORNEY FOR THE CITY OF SPEARFISH, (S.D.) REFUSING TO PROTECT CRIME VICTIMS' RIGHTS; **LAWRENCE COUNTY SHERIFF DEPARTMENT**, IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY TO DENY CRIME VICTIMS' PROTECTIONS, REFUSING TO INVESTIGATE PUBLIC CORRUPTION, AND REFUSAL TO ALLOW ACCESS TO COUNTY GRAND JURY; **BRENDA HARVEY**, IN HER PRIVATE CAPACITY AND PUBLIC

13

| | |
|---|---|
| CAPACITY OPERATING DISCRIMINATINGLY AND CORRUPTLY AS THE STATE'S ATTORNEY FOR LAWRENCE COUNTY, S.D REFUSING TO PROTECT CRIME VICTIMS' RIGHTS AND PRESENTMENT OF PUBLIC CORRUPTION TO COUNTY GRAND JURY; **AMERICAN FAMILY INSURANCE**, IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN SELLING BOGUS HOMEOWNER'S INSURANCE POLICIES; **JASON GELLETT AGENCY, LLC**, IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN SELLING BOGUS HOMEOWNER'S INSURANCE POLICIES; **JASON GELLETT**, IN HIS PRIVATE CAPACITY OPERATING CORRUPTLY IN SELLING BOGUS HOMEOWNER'S INSURANCE POLICIES; **MONUMENT HEALTH NETWORK, INC.**, ("MHNI"), IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN VIOLATING DISABILITY RIGHTS, MANDATORY REPORTING AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **MARCIA OLSON, FINANCIAL DIRECTOR FOR MHNI**, IN HER PRIVATE AND PUBLIC CAPACITY, CORRUPTLY VIOLATING CONSUMER PROTECTION, MANDATORY REPORTING, AND OTHER LAWS WHILE DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **PIVOT PROSTHETICS AND ORTHOTICS**, ("PPAO"), IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN VIOLATING CONSUMER PROTECTION, MANDATORY REPORTING, AND OTHER LAWS WHILE DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **ROCHELLE RICE**, CO-OWNER | |

14

AND OFFICE MANAGER OF PPAO IN HER PRIVATE AND PUBLIC CAPACITY, CORRUPTLY VIOLATING CONSUMER PROTECTION, MANDATORY REPORTING, AND OTHER LAWS WHILE DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **BRODIE RICE**, OWNER AND CERTIFIED PROSTHETIST OF PPAO IN HIS PRIVATE AND PUBLIC CAPACITY, CORRUPTLY VIOLATING CONSUMER PROTECTION MANDATORY REPORTING, AND OTHER LAWS WHILE DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **AMERICAN BOARD OF CERTIFICATION**, ("ABC"), IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN VIOLATING DISABILITY RIGHTS AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **MOLLY MCGUIRE**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY AS PROFESSIONAL CREDENTIALING ADMINISTRATOR FOR THE ABC VIOLATING DISABILITY RIGHTS AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **STEVE FLETCHER**, IN HIS PRIVATE CAPACITY AND PUBLIC CAPACITY AS CPO AND DIRECTOR OF PROFESSIONAL CREDENTIALING FOR THE ABC VIOLATING DISABILITY RIGHTS AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **SUZANNE PIERCE**, IN HER PRIVATE CAPACITY AND PUBLIC CAPACITY GENERAL COUNSEL FOR THE CORRUPT ABC VIOLATING DISABILITY RIGHTS AND OTHER LAWS AND DEPRIVING OF PRIVATE RIGHTS UNDER COLOR OF LAW; **DISABILITY RIGHTS SOUTH**

15

**DAKOTA**, IN ITS CORPORATE, PUBLIC CAPACITY OPERATING CORRUPTLY IN ACCEPTING STATE AND/OR FEDERAL FINDING TO PROTECT REPORTED DISABLED CRIME VICTIMS AND ADVOCATE DISABILITY RIGHTS, WHILE EMPLOYING DISCRIMINATORY DEI AND CANCEL CULTURE PRACTICES AGAINST ANGLO-AMERICAN MALE CRIME VICTIMS; AND **DOES 1-75**, TO BE LISTED AS NUMEROUS ASSISTANTS TO THE S.D. ATTORNEY GENERAL, MEMBERS OF THE THE STATE BAR OF SOUTH DAKOTA, AND S.D. GOVERNMENT AND FEDERAL GOVERNMENT AND QUASI-GOVERNMENT PRINCIPALS AND AGENTS AND FIDUCIARIES AND FUNCTIONARIES, IN THEIR PRIVATE AND PUBLIC CAPACITIES;

Defendants.

Plaintiff, David Schied, commenced this pro se action by filing a "Complaint Brief . . . for Declaratory, Injunctive, Structural, and Commercial Relief; for Damages; and For Emergency Interim Relief." Docket 1 at 1 (capitalization and emphasis in original). This Court granted Schied's motion for leave to proceed in forma pauperis and dismissed his "Complaint Brief" without prejudice for failure to comply with Federal Rule of Civil Procedure 8. Docket 22. But the Court also ordered that Schied, if he so chooses, may file an amended complaint within 30 days that complies with the pleading requirements of the Federal Rules of Civil Procedure. *Id.* at 29–30. On April 1, 2026, which was the deadline for Schied to file an amended complaint, Schied

filed a "Motion for Clarification of Scope and Effect of Dismissal Order." Docket 31.[1]

Although Schied asserted that he was not seeking reconsideration of the order dismissing his complaint for failure to comply with Rule 8, it appeared that was indeed what he intended to do. Because the Court's dismissal order, Docket 22, clearly and specifically addressed every issue on which Schied purportedly sought clarification, *compare* Docket 31 at 5–6 *with* Docket 22 at 29–30, the Court denied Schied's motion for clarification of scope and effect of dismissal order, Docket 31. *See* Docket 32. But the Court extended until April 24, 2026, Schied's time to file an amended complaint that complies with the pleading requirements of the Federal Rules of Civil Procedure. *Id.*

Schied filed an amended complaint on April 27. 2026.[2] Docket 33. Based on the Court's initial review, it is not clear that the amended complaint complies with the Federal Rules of Civil Procedure or the Court's March 2, 2026 order dismissing Schield's initial complaint, Docket 22. Further, it is not clear that the amended complaint states a claim upon which relief can be granted against each of the more than 100 named defendants Schied seeks to sue in both their "private" and "public" capacities as well as the 75-plus Doe

---

[1] Following entry of the order dismissing his "Complaint Brief" without prejudice, Schied filed a notice of appeal to the United States Court of Appeals for the Eighth Circuit. Docket 25. The Eighth Circuit dismissed Schied's appeal for lack of jurisdiction as premature on March 26, 2026. Docket 28.

[2] Although the Court's order specifically directed Schied to file his amended complaint on or before April 24, 2026, Docket 32 at 18, because the amended complaint arrived by mail in an envelope that was postmarked on April 22, 2026, Docket 33-1, the Court will consider the amended complaint as timely filed.

defendants. Nevertheless, because Schied has been granted leave to proceed in forma pauperis, this Court will screen his amended complaint in accordance with 28 U.S.C. § 1915(e)(2) and determine whether to order service on any of the named defendants.[3]

Now pending before the Court is Schied's Emergency Motion Regarding Continuing Irreparable Harm, Retaliatory Escalation, Disability-Related Prejudice, Continuing Access-to-Courts Barriers, and Escalating Intertwined Housing/Medical/Benefits Harm Arising During Pending Amended-Complaint Posture. Docket 36. Schied's "Emergency Motion" spans 43 pages, and, for the most part, is single-spaced. *See generally id.* It references 10 exhibits that are not part of the record and contains links associated with 6 of the 10 exhibits. *Id.* at 41–42.

Schied's emergency motion, Docket 36, does not comply with the District of South Dakota's Civil Local Rules of Practice. Local Rule 83.4 provides that "text must be double-spaced, [and] . . . [f]onts must be as least 12-point." D.S.D. Civ. LR 83.4.A. Schied's emergency motion contains lengthy footnotes in a font much smaller than 12-point. *See generally* Docket 36. Local Rule 7.1.B requires that every motion include a brief containing the movant's legal

---

[3] Schied repeatedly complains about the timeliness of the Court's rulings in this case. The Court is considering Schied's filings as expeditiously as the Court's docket permits. But Schied's unnecessarily voluminous filings and disregard for the Federal Rules of Civil Procedure and the District of South Dakota's Civil Local Rules of Practice, including the continued use of multiple footnotes with small font, references to lengthy exhibits, some of which are not part of the record, and websites, not all of which are easily accessible, and use of appendices with multiple parts and subparts, makes wading through his filings a time-consuming and burdensome task.

arguments and supporting authorities, and that "[b]riefs must not exceed 30 pages . . . unless prior approval has been obtained from the court." D.S.D. Civ. LR 7.1.B.1. Schied appears to have combined his emergency motion and supporting brief, but the filing does not comply with Local Rules 7.1.B and 83.4.A. Thus, Schied's emergency motion, Docket 36, is denied without prejudice because it does not comply with the District of South Dakota's Local Civil Rules of Practice. That Schied is proceeding is *pro se* and alleges that he is "totally and permanently disabled" do not mean that he does not have to comply with the applicable court rules and the Federal Rules of Civil Procedure. *See United States v. Green*, 691 F.3d 960, 966 (8th Cir. 2012) ("The right of self-representation is not a license not to comply with relevant rules of procedural and substantive law, and [a litigant's] *pro se* status alone does not constitute good cause [for non-compliance]." (citation modified)); *Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("Even pro se litigants must comply with court rules and directives."); *Bonilla Mojica v. Berryhill*, 397 F. Supp. 3d 513, 528–29 (S.D.N.Y. 2019) (noting applicants for Social Security disability benefits are not exempt from Rule 41(b) dismissal); *Williams v. New York City Dep't of Corrs.*, 219 F.R.D. 78, 85 (S.D.N.Y. 2003) (dismissing a pro se ADA complaint under Rule 37 for failure to respond to discovery).

Thus, it is ORDERED:

1.     That Schied's Emergency Motion Regarding Continuing Irreparable Harm, Retaliatory Escalation, Disability-Related Prejudice, Continuing Access-to-Courts Barriers, and Escalating Intertwined

19

Housing/Medical/Benefits Harm Arising During Pending Amended-Complaint Posture, Docket 36, is denied without prejudice for failure to comply with the District of South Dakota's Civil Local Rules of Practice.

2. That the Clerk of Court is directed to provide Schied a copy of the District of South Dakota's Civil Local Rules of Practice along with the Order.

3. That the Clerk of Court is directed to refuse to file and return to Schied any motion, pleading, or other filing that does not comply with the District of South Dakota's Civil Local Rules of Practice.

Dated May 27, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE